IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN CULLEN,** | : Case No.  2:19-cv-3119-JDW |
| *Plaintiff,* | : |
| v. | : |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this 3rd day of June, 2020, upon consideration of the Complaint (ECF 2), Plaintiff's Brief and Statement of Issues in Support of Her Request for Review (ECF 14), her considering the Petition for writ of *habeas corpus* (ECF 1), Response (ECF 13), Defendant's Response to Request for Review (ECF 16), Plaintiff's Reply to Defendant's Response to Request for Review of Plaintiff (ECF No. 17), and the Report and Recommendation from Magistrate Judge Elizabeth Hey (ECF No. 19), following careful and independent review of Judge Hey's Report and Recommendation, without any objection or response from any party, and for good cause, the Court finds that the Plaintiff is entitled to a hearing before a Constitutionally-appointed Administrative Law Judge (*see Cirko on behalf of Cirko v. Comm'r of Social Sec.*, 948 F.3d 148, 159-60 (3d Cir. 2020), and it is **ORDERED** as follows:

1. Judge Hey's Report and Recommendation (ECF 19) is **APPROVED** and **ADOPTED**;

2. This case is **REMANDED** to the Social Security Administration for new hearings before a new, Constitutionally-appointed Administrative Law Judge; and

3. The Clerk of Court shall **close** this case.

                                                            **BY THE COURT**:

                                          */s/ Joshua D. Wolson*

                                          Hon. Joshua D. Wolson
                                          United States District Judge